*87 N. J. Eq.* Bowman *v.* Brown.

SAMUEL H. BOWMAN, appellant,

*v.*

WILLIAM M. BROWN et al., respondents.

[Submitted November Term, 1916. Decided March 5th, 1917.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *87 N. J. Eq. 47.*

*Messrs. Edward B. & Philip Goodell,* for the appellant.

*Messrs. Helm & Ready,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—13.

*For reversal*—None.